**DISMISS; Opinion Filed November 12, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00180-CV

### OH WIRELESS AND CHONG OH, Appellants
### V.
### DIEGO CANTU, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05257**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. By letter dated July 15, 2013 we notified appellants that the Dallas County District Clerk's office had informed the Court that the clerk's record had not been filed because appellants had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification of payment or payment arrangements for the clerk's record within ten days. We cautioned appellants that if we did not receive the required documentation, we might dismiss the appeal for want of prosecution. To date, appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).


_/David Evans/_
DAVID EVANS
JUSTICE


130180F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OH WIRELESS AND CHONG OH,
Appellants

No. 05-13-00180-CV      V.

DIEGO CANTU, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-05257.
Opinion delivered by Justice Evans.
Justices O'Neill and Lang-Miers
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DIEGO CANTU recover his costs of this appeal from appellants OH WIRELESS AND CHONG OH.

Judgment entered this 12th day of November, 2013.

/David Evans/

DAVID EVANS
JUSTICE